# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO OCHOA MORANDO, | 1:09-cv-00475-AWI-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| F. GONZALES, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Jose Alfredo Ochoa Morando ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2009, pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's motion for leave to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty (30) days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee, and the Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated: May 2, 2009**            **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE